**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03236-CMA-CBS

HOWARD L. HILL, II,

    Petitioner,

v.

JOHN OLIVER,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order on Amended Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on August 6, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 18] filed March 25, 2014, is denied. It is further

    ORDERED that this action is dismissed with prejudice. It is further

    ORDERED that *in forma pauperis* status is denied for the purpose of appeal. It is further

    ORDERED that Respondent shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 6th day of August, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/   A. Thomas
        Deputy Clerk